# IN THE SUPREME COURT OF THE STATE OF NEVADA

IKEMEFULA CHARLES IBEABUCHI,
Appellant,
vs.
BANK OF AMERICA, N.A.; AND
JAMES GREG COX,
Respondents.

No. 62671



FILED

JAN 2 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order of the district court denying a motion for reconsideration. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Our review of this appeal reveals a jurisdictional defect. No such order appears on the district court's docket. Moreover, no statute or court rule authorizes an appeal from such an order. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). We therefore lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

[1] In light of this disposition, all pending motions are denied as moot.

16-02068

cc: Hon. Douglas W. Herndon, District Judge
Ikemefula Charles Ibeabuchi
Homeowner Relief Lawyers LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A